MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3697
   Fax: (510) 637-3724
   E-Mail: Brigid.Martin@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00239 YGR |
| ) | |
| v. ) | STIPULATED REQUEST TO VACATE JULY 18, 2013 STATUS HEARING AND RESET FOR ADMISSION AND DISPOSITION ON AUGUST 15, 2013 |
| ) | |
| JAMAR BARNES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    This case is currently set for a status hearing on July 18, 2013, on the defendant's alleged violation of supervised release. The parties have reached an agreement with regard to admission and disposition on the supervised release violation. The parties request additional time, however, for U.S. Probation to amend the Form 12 alleging the violations, and for U.S. Probation to prepare and provide a disposition memorandum to the Court in advance of defendant's admission and disposition.

    Therefore, the parties request that the Court vacate the status hearing currently set for July 18, 2013, and reset this matter for admission and disposition on August 15, 2013, at 2:00 p.m. The government has consulted with U.S. Probation and has confirmed that the U.S. Probation

STIP. REQUEST TO RESET HEARING
CR 07-00239 YGR

Officer assigned to this matter is available on August 15, 2013. There are no Speedy Trial Act issues because this is a supervised release violation and not a new criminal charge.

Respectfully submitted,

Date: July 9, 2013          /s/ Brigid S. Martin
                            Brigid S. Martin
                            Assistant United States Attorney

Date: July 9, 2013          /s/ Lupe Martinez
                            Lupe Martinez
                            Counsel for Jamar Barnes

STIP. REQUEST TO RESET HEARING
CR 07-00239 YGR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00239 YGR |
| ) | |
| ) | ORDER GRANTING STIPULATED REQUEST TO VACATE JULY 18, 2013 |
| v. ) | HEARING AND RESET FOR |
| ) | ADMISSION AND DISPOSITION ON |
| JAMAR BARNES, ) | AUGUST 15, 2013 |
| ) | |
| Defendant. ) | |
| ) | |

The parties jointly requested that this matter be set for August 15, 2013, at 2:00 p.m., for admission and disposition on the Form 12 alleging defendant's violation of supervised release conditions. The request is based on the parties' assertion that U.S. Probation needs additional time to amend the Form 12 and prepare a memorandum for the Court. Based on this representation,

**IT IS HEREBY ORDERED** that the status appearance set for July 18, 2013 is **VACATED** and this case is **RESET** for admission and disposition on August 15, 2013, at 2:00 p.m.

DATED: July 10, 2013

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge

STIP. REQUEST TO RESET HEARING
CR 07-00239 YGR